William Brown K93463
Box 5004
Calipatria, CA 92233
Plaintiff, In Pro Per

**FILED**
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

In re
William Brown
Plaintiff

On Habeas Corpus.

Case No. CV 08 0750
Application for Appointment of Counsel

TO THE HONORABLE District Judge:

I the undersigned petitioner a layman at law move this Court for an Order appointing a Certified Attorney-at-Law member of the California or American Bar, to represent defendant in the present cause of action now filed in this court, because the defendant cannot afford to employ the services of an attorney in this matter and this court has issued an Order To Show Cause. Furthermore petitioner does not have the legal background to deal with the complex issues within the petition. Finally petitioner does not have the adequate resources to properly litigate this petition because of bare minimum of legal material being available in the institutional library. It has been an uphill battle all the way to this point because of the lack of resources and the petitioner being

illiterate when it comes to law. Legal Authorities for Appointment and Compensation of Counsel is Art.1 §15 of the Cal. Const; The Sixth Amend. to the Const; 28 U.S.C. §1915(d); 18 U.S.C. §3006a(g), as interpreted in McClain v. Manson, 343 F.Supp. 383 [D. Conn. 1972]; Payne v. Superior Court (1975) 17 Cal. 3d 908; Salas v. Cortex, (1975) 14 Cal. 3d 22; Price v. Joynston, 161 F. 2d 705; Yarbrough v. Superior Court, (1983) 150 Cal. App. 3d 388; and California Penal Code §1191.1 which expressly grant a right to counsel and equal protect to indigent imprisoned inmates up request.

> "as a matter of Due Process and Equal Protection under both Federal and California Constitutions a prisoner who as a defendant of petitioner or plaintiff in a 'bona fide action threatening his interest' is exposed to judicial Sanctioned Deprivation and is entitled to access to the Court in order to have a 'meaningful opportunity to be heard and to have assistance of competent counsel' Yarbrough v. Superior Court, supra

WHEREFORE, for the reason stated herein, petitioner prays upon this court that this Application for Appointment of Counsel be granted.

DATED: 23 Jan 08

Respectfully submitted,

William Odessa Brown II