William Brown K93463
Po Box 5004
Calipatria, CA 92233
Petitioner, In Pro Per

**FILED**

JAN 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## E-filing

United States District Court

Northern District of California

In re

William Brown

On Habeas Corpus.

Case **08**    **0750**

Declaration of
Indigency

CW 4

(PR)

Respondants.

_____/

    I, William Odessa Brown II, K-93463, declare that I am the
petitioner in the matter of Case No.         . that I am incarcerated
at Correctional training Facility-(CTF), and do hereby declare that
I am indigent individual who cannot pay Court fee's, security deposit
and/or any other fee's that may occur during this litigation process.
My total assets are $0.00 and my monthly income is $0.00 per month.
    I also declare, that I do not own any real property, have a bank
account, receive SSI or any other type of assistance from the government,
furthermore I do not have a job with an income. I truly can say and
admit that I am one broke individual.

1  I declare under the penalty of perjury that the forgoing is true and

2  correct, that this declaration was executed on ~~2007.~~ 2008

3

4

5  William O. Brown II