Wm Brown
K93463 B5 242
Box 5004
Calipatria CA 92253

**FILED**

FEB 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California

In re:

William Brown
    Plaintiff,

On Habeas Corpus.

Case No. CV 08 0750

CW

Clerk of the
Court

    Please be advised that the Petitioner just received his case number to this case. However the Court gave the Petitioner thirty (30) days in which to file his IFP as of 31 Jan 08.

    Please take notice that the Petitioners IFP is in route. Further he will not be able to comply with the 30 day

requirement, due to the Petitioner is just now receiving the documents from the Court, 26 Feb 08.

Petitioner request for an additional thirty-days to submit his IFP.

This just occurred to the Plaintiff an IFP is on file with the Court. Please refer to the following cases:

CU 07 5962 CW PR
C-07-5770 CW PR

However an IFP is still in route.

Dated: 26 Feb 08

Respectfully submitted

[signature]

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746)

I, __Wm Brown__ DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE __Plaintiff__ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __26__ DAY OF __Feb__, 2008 AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

(SIGNATURE) __Wm Brown__
(DECLARANT/PRISONER)

# PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I, __Wm Brown__, AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND I AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA 92233-5002

ON __26 Feb__, 2008, I SERVED THE FOREGOING:

__Letter to the Clerk of the Court__

(SET FORTH EXACT TITLE OF DOCUMENT IS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

USDC N Dist CA
450 Golden Gate Ave
SF CA 94102

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __26 Feb__, 2008   __Wm Brown__
(DECLARANT/PRISONER)



K93463 Brown 135-24L
Box 5004
Calipatria CA 92233

USDC. N. Dist CA
450 Golden Gate Ave
San Francisco CA 94102

Legal Mail