FILED

MAR - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William Brown
                    Plaintiff,

vs.

L. E. Scribner, Warden
                    Defendant.
Calipatria State Prison

CV CASE NO. 08-0750 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Wm Brown, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____   Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.   (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Burger King 1997 Santa Cruz CA_____
5  _____
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.     Business, Profession or               Yes ___  No _X_
10             self employment
11      b.     Income from stocks, bonds,            Yes ___  No _X_
12             or royalties?
13      c.     Rent payments?                        Yes ___  No _X_
14      d.     Pensions, annuities, or               Yes ___  No _X_
15             life insurance payments?
16      e.     Federal or State welfare payments,    Yes ___  No _X_
17             Social Security or other govern-
18             ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.      Are you married?                         Yes ___  No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.      a.     List amount you contribute to your spouse's support:$ _____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_N/A_ _____

_____

5.  Do you own or are you buying a home?    Yes ____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ____ No _X_ If so, Total due: $_____

Monthly Payment: $_____

7.  Do you have a bank account?    Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash?  Yes ____ No _X_  Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No _X_

_____

8.  What are your monthly expenses? _N/A all paid by state_

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ N/A _____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  26 Feb 08                    [signature]
17      DATE                     SIGNATURE OF APPLICANT

18
19
20
21
22
23
24
25
26
27
28

1
2                                              Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                             **PRISONER'S ACCOUNT**
11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _Wm Brown K93463_ for the last six months
                                           [prisoner name]
14   _Calipatria State Prison_ where (s)he is confined.
            [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ ___9.17___ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $___2.96___.

18
19   Dated: _2/28/08_                          _____
20                                             [Authorized officer of the institution]
                                               D. ZAMUDIO II
21                                             Account Clerk II
22
23
24
25
26
27
28

```
REPORT ID: TS3030    .701         CALIFORNIA DEPARTMENT OF CORRECTIONS              REPORT DATE: 02/28/08
                                        CALIPATRIA STATE PRISON                      PAGE NO:      1
                                    INMATE TRUST ACCOUNTING SYSTEM
                                    INMATE TRUST ACCOUNT STATEMENT

                             FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 28, 2008

ACCOUNT NUMBER : K93463                             BED/CELL NUMBER: FB0500000000242L
ACCOUNT NAME   : BROWN, WILLIAM ODESSA               ACCOUNT TYPE: I
PRIVILEGE GROUP: C

                               TRUST ACCOUNT ACTIVITY

    TRAN
DATE  CODE   DESCRIPTION         COMMENT          CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

09/01/2007   BEGINNING BALANCE                                                            0.00
ACTIVITY FOR 2008
01/02 D300  CASH DEPOSIT        MR/ 703679                    25.00                      25.00
01/14 FC02  DRAW-FAC 2          B-5      3952                            25.00            0.00
01/23 D300  CASH DEPOSIT        MR/ 704147                    30.00                      30.00
01/24 W212  FEDERAL FILIN       05962/4189                               11.00           19.00
01/25 W512  LEGAL POSTAGE       01/24 4230                                4.60           14.40
01/25 W512  LEGAL POSTAGE       01/24 4230                                1.99           12.41
01/25 W512  LEGAL POSTAGE       01/24 4230                                2.33           10.08
01/25 W512  LEGAL POSTAGE       01/23 4230                                1.48            8.60
01/25 W512  LEGAL POSTAGE       01/23 4230                                1.48            7.12
01/28 FR01  CANTEEN RETUR       704238                                    0.85-           7.97
01/28 W513  MISC. CHARGES       ENVEL 4247                                0.15            7.82
01/28*W513  MISC. CHARGES       ENVEL 4247                                0.30            7.52
01/28 W516  LEGAL COPY CH       1/23 4260                                 1.40            6.12
02/14 W513  MISC. CHARGES       02-08/4644                                0.30            5.82
02/14*W513  MISC. CHARGES       02-08/4644                                0.15            5.67

                               CURRENT HOLDS IN EFFECT

DATE
PLACED    HOLD
          CODE    DESCRIPTION                      COMMENT          HOLD AMOUNT

02/04/2008  H109  LEGAL POSTAGE HOLD           1/30 4370              1.31
02/04/2008  H109  LEGAL POSTAGE HOLD           1/30 4370              1.31
02/04/2008  H118  LEGAL COPIES HOLD            1/29 4378              3.40
02/04/2008  H200  GENERAL HOLD                 ENVEL 4387             0.30
02/05/2008  H118  LEGAL COPIES HOLD            02/04 4438             4.70
02/13/2008  H109  LEGAL POSTAGE HOLD           2/13 4609             11.10
02/13/2008  H109  LEGAL POSTAGE HOLD           2/13 4609              3.00
02/14/2008  H109  LEGAL POSTAGE HOLD           2/14 4632              2.16
02/14/2008  H118  LEGAL COPIES HOLD            2/14 4632              1.65
02/22/2008  H109  LEGAL POSTAGE HOLD           2/22 4818              0.75
02/22/2008  H109  LEGAL POSTAGE HOLD           2/22 4818              1.48
02/22/2008  H109  LEGAL POSTAGE HOLD           2/22 4818              1.31
02/22/2008  H200  GENERAL HOLD                 ENVEL 4874             0.60
02/25/2008  H118  LEGAL COPIES HOLD            2/26 4875             21.60
02/25/2008  H118  LEGAL COPIES HOLD            2/20 4958             20.10
02/27/2008  H200  GENERAL HOLD                 ENVEL 4961             0.30
```

REPORT ID: TS3030 .701 REPORT DATE: 02/28/08
PAGE NO: 2

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 28, 2008

ACCT: K93463
ACCT NAME: BROWN, WILLIAM ODESSA
ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 55.00 | 49.33 | 5.67 | 77.23 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
71.56-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

REPORT ID: TS3030 .701                REPORT DATE: 02/28/08
                                      PAGE NO:           1

       CALIFORNIA DEPARTMENT OF CORRECTIONS
           CALIF. INSTITUTION FOR MEN
           INMATE TRUST ACCOUNTING SYSTEM
           INMATE TRUST ACCOUNT STATEMENT

       FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 28, 2008

ACCOUNT NUMBER : K93463            BED/CELL NUMBER:
ACCOUNT NAME   : BROWN, WILLIAM ODESSA   ACCOUNT TYPE: T
PRIVILEGE GROUP:
                    TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                    TRUST ACCOUNT SUMMARY

| BEGINNING | TOTAL    | TOTAL       | CURRENT | HOLDS   | TRANSACTIONS  |
| BALANCE   | DEPOSITS | WITHDRAWALS | BALANCE | BALANCE | TO BE POSTED  |
|-----------|----------|-------------|---------|---------|---------------|
| 0.00      | 0.00     | 0.00        | 0.00    | 0.00    | 0.00          |

                                   CURRENT
                                   AVAILABLE
                                   BALANCE
                                   ---------
                                      0.00

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

CV 08 0750 (CW)

FILED
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, _Wm Brown_ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE _Plaintiff_ IN THE ABOVE ENTITLED ACTION.
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _2_ DAY OF: _March_ 20_08_ AT CALIPATRIA
STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

(SIGNATURE) _/s/ Wm Brown_
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _Wm Brown_ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY
OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT
A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002.
CALIPATRIA, CALIFORNIA #92233-5002.

ON _2 Mar_, 20_08_ I SERVED THE FOREGOING: _IFP Application_

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S),
WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED
AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

USDC N. Dist CA
450 Golden Gate Ave
San Fran CA 94102

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _2 March 08_   _/s/ Wm Brown_
(DECLARANT/PRISONER)

K-93463 Brown BS 242
Box 5004
Calipatria, CA
92233

PITNEY BOWES
$ 00.00⁰
MAR 03 2008
MAILED FROM ZIP CODE 92233

UNITED STATES POSTAGE
02 1A
0004627869

GENERATED FROM
CALIPATRIA STATE PRISON

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES