IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODESSA BROWN II, | No. C 08-00750 CW (PR) |
|     Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN IN FORMA PAUPERIS APPLICATION AND GRANTING LEAVE TO PROCEED IFP |
|   v. | |
| L. E. SCRIBNER, et al., | |
|     Respondents.            / | |

Petitioner has filed a <u>pro se</u> petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a request for an extension of time to file an <u>in forma pauperis</u> (IFP) application or to pay the requisite $5.00 filing fee in this action.

IT IS HEREBY ORDERED that the request for an extension of time (docket no. 6) is GRANTED. The time in which Petitioner may file an IFP application or pay the requisite $5.00 filing fee will be extended <u>nunc pro tunc</u> to March 6, 2008, the date that Petitioner's IFP application was filed.

Petitioner's application to proceed IFP (docket no. 7) is GRANTED.

This Order terminates Docket nos. 6 and 7.

IT IS SO ORDERED.

Dated: 3/17/08

                                      CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE

**United States District Court**  
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODESSA BROWN II, | Case Number: CV08-00750 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| L E SCRIBNER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Odessa Brown K-93463  
Calipatria State Prison  
P.O. Box 5004  
Calipatria, CA 92233-5004

Dated: March 17, 2008

Richard W. Wieking, Clerk  
By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\HC.08\Brown0750.EOT-IFP&grantIFP.wpd   2