William Brown K93463
Po Box 5004
Calipatria CA 92233

RECEIVED
08 JUN 30 PM 1:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Petitioner In Pro Per

In The United States District Court
Northern District of California

William Brown
   Petitioner,
vs.
   L.E. Scribner,
      Respondent
   and
   Edmund G. Brown Jr
   Attorney General of the State.

Case No. CV 08 0750 CW

Petitioner Request for Status Report

Comes Now the Petitioner in the above matter do hereby request for an status report on the filed claims.

Petitioner for this matter has not heard from the Court or Attorney General

for this matter.

Therefore for these reasons the Petitioner respectfully request for an status report on this Petition.

Dated 25 June 08

Respectfully submitted.

William Brown

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (pursuant to Welf. & Inst. Code, §§ 11475.1, 11478.2) (Name, State bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Wm Brown K93463<br>Box 5004<br>Calipatria CA 92233<br>Telephone No: Fax No:<br>ATTORNEY FOR (Name): In Pro Per | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF USDC., N. Dist CA<br>STREET ADDRESS: 450 Golden Gate Ave<br>MAILING ADDRESS: San Fran CA<br>CITY & ZIP CODE: 94102<br>BRANCH NAME: | |
| PETITIONER/PLAINTIFF: Wm Brown<br>RESPONDENT/DEFENDANT: L.E. Scribner | |
| PROOF OF SERVICE | CASE #: CV 08 0750 |

NOTICE: To serve temporary restraining orders you must use personal service (see form 1285.84).

1. I am over the age of 18, not a party to this cause, and not a protected person listed on any of the orders. I am resident of or employed in the county where the mailing took place.

2. My residence or business address is: Calipatria CA 92233 - PO Box 92233

3. I served a copy of the following documents (specify): Petitioners Request for Status Report

By enclosing them in an envelope AND

   a. ☐ Depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☒ Placing the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: USDC N Dist CA
   b. Address: 450 Golden Gate Ave, Box 36060, San Fran CA 94102
   c. Date Mailed: 25 June 08
   d. Place of Mailing (City & State): Calipatria CA

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Wm B_____  Date: 25 July 08   Type or print name: _William Brown_
Signature of person completing this form

_Wm B_____
PROOF OF SERVICE BY MAIL

Form Approved by Rule 1285.85 Judicial Council of California 1285.85 (new July 1, 1998)

